IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:17-cv-12349-JCO-APP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. John Corbett O'Meara |
| | ) | Mag. Judge Anthony P. Patti |
| HENRY NINO, JANET NINO, | ) | |
| STATE OF MICHIGAN, | ) | |
| OAKLAND COUNTY in | ) | |
| MICHIGAN,WAYNE COUNTY in | ) | |
| MICHIGAN, COMERICA BANK, and | ) | |
| WEST BAY EXPLORATION CO., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATED ORDER OF DISMISSAL OF DEFENDANT STATE OF MICHIGAN**

NOW COMES Plaintiff United States of America and Defendant State of Michigan by and through their undersigned counsel, and stipulate to the entry of an order dismissing Plaintiff's complaint against Defendant State of Michigan.

IT IS STIPULATED that Plaintiff's complaint is dismissed against Defendant State of Michigan.

IT IS ORDERED.

Date:_____                    _____

                                 Hon. JOHN CORBETT O'MEARA
                                 United States District Judge

STIPULATED

United States of America,           State of Michigan,
Plaintiff                           Defendant

By:                                 By:

/s/ James M. Strandjord             /s/ Moe Freedman
JAMES M. STRANDJORD                 MOE FREEDMAN   (P74224)
Trial Attorney, Tax Division        Assistant Attorney General
U.S. Department of Justice          3030 W. Grand Blvd., Ste. 10-200
P.O. Box 55                         Detroit, MI.  48202
Washington, D.C.  20044             (313 456-0140
202-616-3345 (v)                    (313) 456-0291 FAX
202-514-5238 (f)                    FreedmanM1@michigan.gov
James.M.Strandjord@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 1st day of November 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all those registered to receive service through that system.


*/s/ James M. Strandjord*
James M. Strandjord
Trial Attorney, Tax Division
United States Department of Justice